

# Strasburger
ATTORNEYS AT LAW

May 4, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

JUDITH R. BLAKEWAY 05/4/2015 1:52:20 PM
210.250.6001 KEITH E. HOTTLE
judith.blakeway@strasburger.com Clerk

Mr. Keith E. Hottle
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

RE: No. 04–15–00117–CV, Rhino Contractors, LLC v. Vulcan Construction Materials, LP; in the Court of Appeals for the Fourth District of Texas at San Antonio

## UNOPPOSED LETTER BRIEF IN OPPOSITION
## TO APPELLEE'S BRIEF

Dear Mr. Hottle:

Rhino Contractors, LLC, Appellant, submits this letter brief to call to the Court's attention certain misstatements of fact in the brief of Appellee Vulcan Construction Materials, LP. Contemporaneously with the filing of this letter, Appellant is also filing a motion for leave to file.

In its brief, Vulcan alleges that "Rhino decided to appeal without a reporter's record, thus failing to preserve any of the arguments or points of error related to the sufficiency of its evidence or the insufficiency of Vulcan's." Appellee's Brief at 6. Appellee further contends, "In the absence of any request for the reporter's record, Rhino concedes that it produced no credible evidence on the issues of which it now complains." *Id.*

Appellee's statement is incorrect. Defendant requested that the reporter prepare a record and filed that request on March 4, 2015. A true and correct copy of the request is attached hereto marked Exhibit A. Rhino followed up that request with numerous communications with the court reporter. Those requests are attached hereto as Exhibits B, C, D and E. When counsel was unable to obtain any response from the court reporter, she contacted the clerk of the Court of Appeals on March 18, 2015. The

**Strasburger & Price, LLP**

1822301.1/Broadway 010 /05 San Antonio, Texas 78215- 1157 | 210.250.6000 tel | 210.250.6100 fax | www.strasburger.com

Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC



clerk contacted the court reporter and ascertained that no evidence was adduced at the "prove–up" hearing on the entry of the default judgment.

Accordingly, no reporter's record of the prove–up hearing was filed because none exists.

With reference to the hearing on the motion to set aside the default judgment, the transcript of the hearing attached to Appellee's brief confirms that no evidence, other than that included in the clerk's record, was introduced at that hearing either.

Accordingly, the judgment should be reversed and remanded for trial. In the alternative, because there is no legally sufficient evidence to support the damages, interest and attorney's fees awarded by the trial court, the judgment should be reversed and remanded for trial on those awards.

Respectfully submitted,

*/s/ Judith R. Blakeway*
EDWARD F. VALDESPINO
State Bar No. 20424700
edward.valdespino@strasburger.com
Judith R. Blakeway
State Bar No. 02434400
Judith.Blakeway@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

**ATTORNEYS FOR APPELLANT
RHINO CONTRACTORS, LLC**



Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
May 4, 2015
Page 3

## CERTIFICATE OF SERVICE

Pursuant to E-Filing Standing Order, I certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of Court using the EFile.TXCourts.gov electronic filing system which will send notification of such filing to the following:

Robert W. Wachsmuth
bob@rwwattorneys.com
Zachary J. Fanucchi
zach@rwwattorneys.com
Robert Wachsmuth & Associates, PC
9311 San Pedro Ave., Suite 707
San Antonio, Texas 78216
Telephone:  (210) 342–2707
Facsimile:  (210) 342–2701

*Attorneys for Appellee Vulcan Construction Materials, LP*

/s/ Judith R. Blakeway
JUDITH R. BLAKEWAY

1823906.1/SPSA/36984/0101/050415

NO. 04–15–00117–CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

---

RHINO CONTRACTORS, LLC,

APPELLANT,

V.

VULCAN CONSTRUCTION MATERIALS, LP,

APPELLEE.

---

On Appeal from the 288th District Court
Bexar County, Texas

---

**AFFIDAVIT OF JUDITH R. BLAKEWAY**

---

| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned notary, on this day personally appeared Judith R. Blakeway, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. My name is Judith R. Blakeway. I am more than eighteen years of age, of sound mind, and fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am one of the attorneys of record for Appellant Rhino Contractors, LLC in the above-styled and numbered cause.

3. On March 4, 2015 I requested that the reporter prepare the record in this case. A true and correct copy is attached hereto as Exhibit A. I followed up that request with numerous emails,

1824272.1/SPSA/36984/0101/050415

true and correct copies of which are attached hereto as Exhibits B, C, D and E. Although I sent multiple requests to the court reporter asking whether a reporter's record had been created for the prove–up hearing on the entry of the default judgment, I was unable to obtain any response.

4.    On March 18, 2015, I contacted the Clerk of the Court of Appeals to request assistance.

5.    On March 19, 2015, the Clerk of the Court of Appeals advised me that Luis Duran, the court reporter, confirmed that there was no record because no evidence was adduced at the hearing when the default judgment was entered.

FURTHER AFFIANT SAYETH NOT.

_____
JUDITH R. BLAKEWAY

SUBSCRIBED AND SWORN TO BEFORE ME by Judith R. Blakeway on this the 24th day of _____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
My commission expires: 12 15 2015

RANDA M. CHANCE
MY COMMISSION EXPIRES
December 15, 2015

FILED
3/4/2015 4:48:23 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa



# Strasburger
## ATTORNEYS AT LAW

March 4, 2015

JUDITH R. BLAKEWAY
210.250.6001
judith.blakeway@strasburger.com

## DEFENDANT'S REQUEST TO PREPARE REPORTER'S RECORD

TO: Mr. Luis Duran, Court Reporter
73rd District Court
Bexar County Courthouse
100 Dolorosa, 2nd floor
San Antonio, Texas 78205

FR: Judith R. Blakeway
Attorney for Defendant Rhino Contractors, LLC

RE: Defendants' Request for Documents to be Included in Clerk's Record for Cause No. 2014–CI–15870, *Vulcan Construction Materials, LP v. Rhino Contractors, LLC*, in the District Court for the 288th Judicial District of Bexar County, Texas

Defendant Rhino Contractors, LLC is appealing this case to the Fourth Court of Appeals. Along with this request, Rhino Contractors, LLC has filed a notice of appeal and has made arrangements to pay the court reporter's fee.

Please prepare, file, and certify an original and one copy of the reporter's record containing evidence admitted at the hearing on default judgment on December 9, 2014.

The first notice of appeal filed in this case was filed on March 2, 2015. The reporter's record must be filed with the court of appeals within 30 days after the date the Appellant filed the first notice of appeal, on or before April 1, 2015.

Please let me know when you have filed the reporter's record with the court of appeals.



EXHIBIT

H

**Strasburger & Price, LLP**

1 2g1s1. Broadway 1/0 101 San Antonio, Texas 78215- 1157 | 210.250.6000 tel | 210.250.6100 fax | www.strasburger.com

Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC



Mr. Luis Duran
73rd Judicial District Court
March 4, 2015
Page 2

Respectfully submitted,

STRASBURGER & PRICE, LLP

BY: _/s/ Judith R. Blakeway_
      EDWARD F. VALDESPINO
      State Bar No. 20424700
      edward.valdespino@strasburger.com
      JUDITH R. BLAKEWAY
      State Bar No. 02434400
      Judith.Blakeway@strasburger.com
      2301 Broadway
      San Antonio, Texas 78215
      Telephone: (210) 250-6000
      Facsimile: (210) 250-6100

**ATTORNEYS FOR DEFENDANT**
**RHINO CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2015, a true and correct copy of the above and foregoing Defendant's Request to Prepare Reporter's Record has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Robert W. Wachsmuth
bob@rwwattorneys.com
Zachary J. Fanucchi
zach@rwwattorneys.com
Robert Wachsmuth & Associates, PC
9311 San Pedro Ave., Suite 707
San Antonio, Texas 78216
Telephone:    (210) 342–2707
Facsimile:     (210) 342–2701

     *Attorneys for Plaintiff Vulcan Construction Materials, LP*

         _/s/ Judith R. Blakeway_
         JUDITH R. BLAKEWAY

| | |
|---|---|
| **From:** | Chance, Randa |
| **Sent:** | Wednesday, March 04, 2015 3:04 PM |
| **To:** | Duran, Luis; lduran79@yahoo.com |
| **Subject:** | Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |
| | |
| **Categories:** | In DM, #1782968 : SPSA : 36984 : 0101 |

Luis,

We have filed an appeal in the above matter.

Can you please advise as soon as possible whether there is a reporter's record, and whether evidence was admitted at the default judgment hearing on December 9, 2014 or on another date?

Thanks,

Strasburger
ATTORNEYS AT LAW

**Randa M. Chance**, Legal Administrative Assistant
*For Judith Reed Blakeway, John Pinckney and Teo Seger*
**Strasburger & Price, LLP** • 2301 Broadway Street • San Antonio, TX 78215
210.250.6024 • Fax 210.250.6100 • www.strasburger.com



1

## Chance, Randa

**From:** Judith.Blakeway@strasburger.com on behalf of Blakeway, Judith
&lt;Judith.Blakeway@strasburger.com&gt;
**Sent:** Wednesday, March 04, 2015 4:56 PM
**To:** lduran@bexar.org; lduran79@yahoo.com
**Cc:** Blakeway, Judith
**Subject:** Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)
**Attachments:** Rhino-Vulcan - Request for Reporter's Record.pdf

Pursuant to the attached, please let me know whether there is a reporter's record, and if so, what the cost for preparation will be so that we can make arrangements to pay the fee.

Thank you,



**Judith Reed Blakeway**
**Strasburger & Price, LLP** • 2301 Broadway Street • San Antonio, TX 78215
210.250.6004 • Fax 210.258.2706 • www.strasburger.com

---

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.*



EXHIBIT

1



# Strasburger
## ATTORNEYS AT LAW

March 4, 2015

JUDITH R. BLAKEWAY
210.250.6001
judith.blakeway@strasburger.com

## DEFENDANT'S REQUEST TO PREPARE REPORTER'S RECORD

TO:    Mr. Luis Duran, Court Reporter
73rd District Court
Bexar County Courthouse
100 Dolorosa, 2nd floor
San Antonio, Texas 78205

FR:    Judith R. Blakeway
Attorney for Defendant Rhino Contractors, LLC

RE:    Defendants' Request for Documents to be Included in Clerk's Record for Cause No. 2014–CI–15870, *Vulcan Construction Materials, LP v. Rhino Contractors, LLC*, in the District Court for the 288th Judicial District of Bexar County, Texas

Defendant Rhino Contractors, LLC is appealing this case to the Fourth Court of Appeals. Along with this request, Rhino Contractors, LLC has filed a notice of appeal and has made arrangements to pay the court reporter's fee.

Please prepare, file, and certify an original and one copy of the reporter's record containing evidence admitted at the hearing on default judgment on December 9, 2014.

The first notice of appeal filed in this case was filed on March 2, 2015. The reporter's record must be filed with the court of appeals within 30 days after the date the Appellant filed the first notice of appeal, on or before April 1, 2015.

Please let me know when you have filed the reporter's record with the court of appeals.

**Strasburger & Price, LLP**

300 Convent, Suite 900, San Antonio, Texas 78215- 1157  |  210.250.6000 tel  |  210.250.6100 fax  |  www.strasburger.com

Austin  |  Collin County  |  Dallas  |  Houston  |  San Antonio  |  New York  |  Washington, D.C.  |  Mexico City - Strasburger & Price, SC



73rd Judicial District Court
March 4, 2015
Page 2

<div align="right">

Respectfully submitted,

STRASBURGER & PRICE, LLP

BY: _/s/ Judith R. Blakeway_
      EDWARD F. VALDESPINO
      State Bar No. 20424700
      edward.valdespino@strasburger.com
      JUDITH R. BLAKEWAY
      State Bar No. 02434400
      Judith.Blakeway@strasburger.com
      2301 Broadway
      San Antonio, Texas 78215
      Telephone: (210) 250-6000
      Facsimile: (210) 250-6100

**ATTORNEYS FOR DEFENDANT
RHINO CONTRACTORS, LLC**

</div>

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that on the 4th day of March, 2015, a true and correct copy of the above and foregoing Defendant's Request to Prepare Reporter's Record has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Robert W. Wachsmuth
bob@rwwattorneys.com
Zachary J. Fanucchi
zach@rwwattorneys.com
Robert Wachsmuth & Associates, PC
9311 San Pedro Ave., Suite 707
San Antonio, Texas 78216
Telephone:    (210) 342–2707
Facsimile:    (210) 342–2701

_Attorneys for Plaintiff Vulcan Construction Materials, LP_

<div align="center">

_/s/ Judith R. Blakeway_
JUDITH R. BLAKEWAY

</div>

1776385.1/SPSA/36984/0101/030415

## Chance, Randa

| | |
|---|---|
| **From:** | RPost <acknowledge@rpost.net> |
| **Sent:** | Wednesday, March 04, 2015 4:56 PM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Ack: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |

## Acknowledgement: Your message has been sent

RPost will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |
| **To:** | "lduran@bexar.org" <lduran@bexar.org>, "lduran79@yahoo.com" <lduran79@yahoo.com> |
| **Cc:** | "Judith.Blakeway@strasburger.com" <Judith.Blakeway@strasburger.com> |
| **Was received by the registration service at:** | 3/4/2015 10:56:26 PM (UTC)* <br> 3/4/2015 10:56:26 PM (Local) |
| **Message ID:** | 467EAB10DE918F0F0F474AE128D6F89432A025AF |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB63F5@DMail.strasburger. |
| **Client Code:** | 36984.0101 |

\* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

| Service Language Preference: | Note: The service does not translate your message or attachments. | | | | | | |
|---|---|---|---|---|---|---|---|
| English | Française | Deutsch | Español | Português | Nederlands | Русский | Indonesian |

For more information about RPost services, visit **www.rpost.com**.

1

## Chance, Randa

| | |
|---|---|
| **From:** | Receipt <receipt@rpost.net> |
| **Sent:** | Wednesday, March 04, 2015 6:58 PM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Receipt: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |



**This receipt contains verifiable proof of your RPost transaction.**

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta5.am0.yahoodns.net (63.250.192.45) | 3/4/2015 10:56:55 PM (UTC) | 3/4/2015 10:56:55 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/4/2015 11:00:30 PM (UTC) | 3/4/2015 11:00:30 PM (GMT) | |
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/4/2015 11:00:30 PM (UTC) | 3/4/2015 11:00:30 PM (GMT) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| **From:** | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| **Subject:** | Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |
| **To:** | <lduran79@yahoo.com><br><lduran@bexar.org> |
| **Cc:** | <Judith.Blakeway@strasburger.com> |
| **Bcc:** | |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB63F5@DMail.strasburger. |
| **Received:** | 3/4/2015 10:56:27 PM(UTC) 0 |
| **Client Code:** | 36984.0101 |

### Message Statistics

| | |
|---|---|
| **Message ID:** | 467EAB10DE918F0F0F474AE128D6F89432A025AF |
| **Message Size:** | 636095 |
| **Additional Notes:** | |
| **File Name:** | File Size (bytes) |
| Rhino-Vulcan - Request for Reporter's Record.pdf | 427496 |

### Delivery Audit Trail

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent.

1

Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45)

From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)

From:"Microsoft Outlook" :From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)

2015-03-04 14:56:30 starting yahoo.com/mta1\n 2015-03-04 14:56:30 connecting from mta1.la1.rpost.net (64.70.1.107) to mta5.am0.yahoodns.net (63.250.192.45)\n 2015-03-04 14:56:30 connected from 64.70.1.107:50543\n 2015-03-04 14:56:30 >>> 220 mta1500.mail.gq1.yahoo.com ESMTP ready\n 2015-03-04 14:56:30 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:30 >>> 250-mta1500.mail.gq1.yahoo.com\n 2015-03-04 14:56:30 >>> 250-PIPELINING\n 2015-03-04 14:56:30 >>> 250-SIZE 41943040\n 2015-03-04 14:56:30 >>> 250-8BITMIME\n 2015-03-04 14:56:30 >>> 250 STARTTLS\n 2015-03-04 14:56:30 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-1@rpost.net> BODY=7BIT\n 2015-03-04 14:56:30 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-04 14:56:30 <<< DATA\n 2015-03-04 14:56:30 >>> 250 sender <rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-1@rpost.net> ok\n 2015-03-04 14:56:30 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-04 14:56:30 >>> 354 go ahead\n 2015-03-04 14:56:31 <<< .\n 2015-03-04 14:56:33 >>> 250 ok dirdel\n 2015-03-04 14:56:33 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 mta1500.mail.gq1.yahoo.com\n 2015-03-04 14:56:33 closed mta5.am0.yahoodns.net (63.250.192.45) in=313 out=636075\n 2015-03-04 14:56:33 done yahoo.com/mta1

2015-03-04 14:56:30 starting strasburger.com/mta1\n 2015-03-04 14:56:30 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com (207.46.163.138)\n 2015-03-04 14:56:30 connected from 64.70.1.107:48630\n 2015-03-04 14:56:31 >>> 220 BN1AFFO11FD024.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Wed, 4 Mar 2015 22:56:27 +0000\n 2015-03-04 14:56:31 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:31 >>> 250-BN1AFFO11FD024.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-04 14:56:31 >>> 250-SIZE 157286400\n 2015-03-04 14:56:31 >>> 250-PIPELINING\n 2015-03-04 14:56:31 >>> 250-DSN\n 2015-03-04 14:56:31 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-04 14:56:31 >>> 250-STARTTLS\n 2015-03-04 14:56:31 >>> 250-8BITMIME\n 2015-03-04 14:56:31 >>> 250-BINARYMIME\n 2015-03-04 14:56:31 >>> 250 CHUNKING\n 2015-03-04 14:56:31 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-2@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-04 14:56:31 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-04 14:56:31 <<< DATA\n 2015-03-04 14:56:31 >>> 250 2.1.0 Sender OK\n 2015-03-04 14:56:31 >>> 250 2.1.5 Recipient OK\n 2015-03-04 14:56:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-04 14:56:32 <<< .\n 2015-03-04 14:56:33 >>> 250 2.6.0 <467EAB10DE918F0F0F474AE128D6F89432A025AF-2@rpost.net> [InternalId=3208340572428, Hostname=BN3PR02MB1189.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-04 14:56:33 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-04 14:56:33 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=620

out=636152\n 2015-03-04 14:56:33 done strasburger.com/mta1

2015-03-04 14:56:31 starting bexar.org/mta1\n 2015-03-04 14:56:31 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-04 14:56:31 connected from 64.70.1.107:56712\n 2015-03-04 14:56:31 >>> 220 BN1AFFO11FD023.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Wed, 4 Mar 2015 22:56:27 +0000\n 2015-03-04 14:56:31 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:31 >>> 250-BN1AFFO11FD023.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-04 14:56:31 >>> 250-SIZE 157286400\n 2015-03-04 14:56:31 >>> 250-PIPELINING\n 2015-03-04 14:56:31 >>> 250-DSN\n 2015-03-04 14:56:31 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-04 14:56:31 >>> 250-STARTTLS\n 2015-03-04 14:56:31 >>> 250-8BITMIME\n 2015-03-04 14:56:31 >>> 250-BINARYMIME\n 2015-03-04 14:56:31 >>> 250 CHUNKING\n 2015-03-04 14:56:31 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-04 14:56:31 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-04 14:56:31 <<< DATA\n 2015-03-04 14:56:31 >>> 250 2.1.0 Sender OK\n 2015-03-04 14:56:31 >>> 250 2.1.5 Recipient OK\n 2015-03-04 14:56:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-04 14:56:32 <<< .\n 2015-03-04 14:56:32 >>> 250 2.6.0 <467EAB10DE918F0F0F474AE128D6F89432A025AF-3@rpost.net> [InternalId=73259257194053, Hostname=BN1AFFO11HUB018.protection.gbl] Queued mail for delivery\n 2015-03-04 14:56:32 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-04 14:56:33 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=612 out=636107\n 2015-03-04 14:56:33 done bexar.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RPost services, visit **www.rpost.com**.

An RPost Service

RcptVer6.0

3



## REGISTERED RECEIPT™
### EVIDENCE OF REGISTERED E-MAIL* TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta5.am0.yahoodns.net (63.250.192.45) | 3/4/2015 10:56:55 PM (UTC) | 3/4/2015 10:56:55 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/4/2015 11:00:30 PM (UTC) | 3/4/2015 11:00:30 PM (GMT) | |
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/4/2015 11:00:30 PM (UTC) | 3/4/2015 11:00:30 PM (GMT) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| Subject: | Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |
| To: | <lduran79@yahoo.com> <lduran@bexar.org> |
| Cc: | <Judith.Blakeway@strasburger.com> |
| Bcc: | |
| Network ID: | <8EDF2F1CEDE936439A160B0FD988CF41DECB63F5@DMail.strasburger. |
| Received: | 3/4/2015 10:56:27 PM(UTC) 0 |
| Client Code: | 36984.0101 |

### Message Statistics

| | |
|---|---|
| Message ID: | 467EAB10DE918F0F0F474AE128D6F89432A025AF |
| Message Size: | 636095 |
| Additional Notes: | |
| File Name: | File Size (bytes) |
| Rhino-Vulcan - Request for Reporter's Record.pdf | 427496 |

### Delivery Audit Trail

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45)

From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)

From:"Microsoft Outlook" :From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (63.250.192.45) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870 (Vulcan

Construction Materials v. Rhino Contractors) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)

2015-03-04 14:56:30 starting yahoo.com/mta1\n 2015-03-04 14:56:30 connecting from mta1.la1.rpost.net (64.70.1.107) to mta5.am0.yahoodns.net (63.250.192.45)\n 2015-03-04 14:56:30 connected from 64.70.1.107:50543\n 2015-03-04 14:56:30 >>> 220 mta1500.mail.gq1.yahoo.com ESMTP ready\n 2015-03-04 14:56:30 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:30 >>> 250-mta1500.mail.gq1.yahoo.com\n 2015-03-04 14:56:30 >>> 250-PIPELINING\n 2015-03-04 14:56:30 >>> 250-SIZE 41943040\n 2015-03-04 14:56:30 >>> 250-8BITMIME\n 2015-03-04 14:56:30 >>> 250 STARTTLS\n 2015-03-04 14:56:30 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-1@rpost.net> BODY=7BIT\n 2015-03-04 14:56:30 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-04 14:56:30 <<< DATA\n 2015-03-04 14:56:30 >>> 250 sender <rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-1@rpost.net> ok\n 2015-03-04 14:56:30 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-04 14:56:30 >>> 354 go ahead\n 2015-03-04 14:56:31 <<< .\n 2015-03-04 14:56:33 >>> 250 ok dirdel\n 2015-03-04 14:56:33 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 mta1500.mail.gq1.yahoo.com\n 2015-03-04 14:56:33 closed mta5.am0.yahoodns.net (63.250.192.45) in=313 out=636075\n 2015-03-04 14:56:33 done yahoo.com/mta1

2015-03-04 14:56:30 starting strasburger.com/mta1\n 2015-03-04 14:56:30 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com (207.46.163.138)\n 2015-03-04 14:56:30 connected from 64.70.1.107:48630\n 2015-03-04 14:56:31 >>> 220 BN1AFFO11FD024.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Wed, 4 Mar 2015 22:56:27 +0000\n 2015-03-04 14:56:31 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:31 >>> 250-BN1AFFO11FD024.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-04 14:56:31 >>> 250-SIZE 157286400\n 2015-03-04 14:56:31 >>> 250-PIPELINING\n 2015-03-04 14:56:31 >>> 250-DSN\n 2015-03-04 14:56:31 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-04 14:56:31 >>> 250-STARTTLS\n 2015-03-04 14:56:31 >>> 250-8BITMIME\n 2015-03-04 14:56:31 >>> 250-BINARYMIME\n 2015-03-04 14:56:31 >>> 250 CHUNKING\n 2015-03-04 14:56:31 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-2@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-04 14:56:31 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-04 14:56:31 <<< DATA\n 2015-03-04 14:56:31 >>> 250 2.1.0 Sender OK\n 2015-03-04 14:56:31 >>> 250 2.1.5 Recipient OK\n 2015-03-04 14:56:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-04 14:56:32 <<< .\n 2015-03-04 14:56:33 >>> 250 2.6.0 <467EAB10DE918F0F0F474AE128D6F89432A025AF-2@rpost.net> [InternalId=3208340572428, Hostname=BN3PR02MB1189.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-04 14:56:33 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-04 14:56:33 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=620 out=636152\n 2015-03-04 14:56:33 done strasburger.com/mta1

2015-03-04 14:56:31 starting bexar.org/mta1\n 2015-03-04 14:56:31 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-04 14:56:31 connected from 64.70.1.107:56712\n 2015-03-04 14:56:31 >>> 220 BN1AFFO11FD023.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Wed, 4 Mar 2015 22:56:27 +0000\n 2015-03-04 14:56:31 <<< EHLO mta1.la1.rpost.net\n 2015-03-04 14:56:31 >>> 250-BN1AFFO11FD023.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-04 14:56:31 >>> 250-SIZE 157286400\n 2015-03-04 14:56:31 >>> 250-PIPELINING\n 2015-03-04 14:56:31 >>> 250-DSN\n 2015-03-04 14:56:31 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-04 14:56:31 >>> 250-STARTTLS\n 2015-03-04 14:56:31 >>> 250-8BITMIME\n 2015-03-04 14:56:31 >>> 250-BINARYMIME\n 2015-03-04 14:56:31 >>> 250 CHUNKING\n 2015-03-04 14:56:31 <<< MAIL FROM:<rcpt467EAB10DE918F0F0F474AE128D6F89432A025AF-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-04 14:56:31 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-04 14:56:31 <<< DATA\n 2015-03-04 14:56:31 >>> 250 2.1.0 Sender OK\n 2015-03-04 14:56:31 >>> 250 2.1.5 Recipient OK\n 2015-03-04 14:56:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-04 14:56:32 <<< .\n 2015-03-04 14:56:32 >>> 250 2.6.0 <467EAB10DE918F0F0F474AE128D6F89432A025AF-3@rpost.net> [InternalId=73259257194053, Hostname=BN1AFFO11HUB018.protection.gbl] Queued mail for delivery\n 2015-03-04 14:56:32 <<< QUIT\n 2015-03-04 14:56:33 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-04 14:56:33 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=612 out=636107\n 2015-03-04 14:56:33 done bexar.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost Legal Notice web page.

For more information about RPost services, visit www.rpost.com.

An RPost Service

RcptVer6.0

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@gate3.la1.rpost.net> |
| **To:** | lduran@bexar.org.rpost.org |
| **Sent:** | Wednesday, March 04, 2015 4:57 PM |
| **Subject:** | Delivered: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors) |

## Your message has been delivered to the following recipients:

lduran@bexar.org.rpost.org

Subject: Cause No. 2014-CI-15870 (Vulcan Construction Materials v. Rhino Contractors)

1

## Chance, Randa

| | |
|---|---|
| **From:** | Judith.Blakeway@strasburger.com on behalf of Blakeway, Judith <Judith.Blakeway@strasburger.com> |
| **Sent:** | Thursday, March 12, 2015 9:28 AM |
| **To:** | lduran79@yahoo.com; lduran@bexar.org |
| **Cc:** | Blakeway, Judith |
| **Subject:** | Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |

Please let us know if there was any evidence offered in support of the default judgment in Cause No. 2014–CI–15870 on December 9, 2014. If not, we will draft an affidavit for your signature to that effect.

# Strasburger

ATTORNEYS AT LAW

**Judith Reed Blakeway**
**Strasburger & Price, LLP** • 2301 Broadway Street • San Antonio, TX 78215
210.250.6004 • Fax 210.258.2706 • www.strasburger.com

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.*



EXHIBIT

**Chance, Randa**

| | |
|---|---|
| **From:** | RPost <acknowledge@rpost.net> |
| **Sent:** | Thursday, March 12, 2015 9:28 AM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Ack: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |

## Acknowledgement: Your message has been sent

RPost will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| **To:** | "lduran79@yahoo.com" <lduran79@yahoo.com>, "lduran@bexar.org" <lduran@bexar.org> |
| **Cc:** | "Judith.Blakeway@strasburger.com" <Judith.Blakeway@strasburger.com> |
| **Was received by the registration service at:** | 3/12/2015 2:28:09 PM (UTC)* 3/12/2015 2:28:09 PM (Local) |
| **Message ID:** | 24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8 |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB8A0E@DMail.strasburger. |
| **Client Code:** | 36984.0101 |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

| Service Language Preference: | Note: The service does not translate your message or attachments. |
|---|---|
| English    Française    Deutsch | Español    Português    Nederlands    Русский    Indonesian |

For more information about RPost services, visit **www.rpost.com**.                    An RPost Service

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@gate3.la1.rpost.net> |
| **To:** | lduran@bexar.org.rpost.org |
| **Sent:** | Thursday, March 12, 2015 9:28 AM |
| **Subject:** | Delivered: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |

## Your message has been delivered to the following recipients:

lduran@bexar.org.rpost.org

Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors

## Chance, Randa

| | |
|---|---|
| **From:** | Receipt <receipt@rpost.net> |
| **Sent:** | Thursday, March 12, 2015 11:31 AM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Receipt: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |



**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta5.am0.yahoodns.net (98.138.112.37) | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |

*UTC represents Coordinated Universal Time.

**Message Envelope**

| | |
|---|---|
| **From:** | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| **Subject:** | Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| **To:** | <lduran79@yahoo.com> <lduran@bexar.org> |
| **Cc:** | <Judith.Blakeway@strasburger.com> |
| **Bcc:** | |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB8A0E@DMail.strasburger. |
| **Received:** | 3/12/2015 2:28:09 PM(UTC) 0 |
| **Client Code:** | 36984.0101 |

**Message Statistics**

| | |
|---|---|
| **Message ID:** | 24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8 |
| **Message Size:** | 43619 |
| **Additional Notes:** | |

**Delivery Audit Trail**

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.

| |
|---|
| relayed to mailer mta5.am0.yahoodns.net (98.138.112.37) |
| From:"Microsoft Outlook" :From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (98.138.112.37) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| From:postmaster@strasburger.com:From:"Microsoft Outlook" :From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (98.138.112.37) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| 2015-03-12 07:28:15 starting yahoo.com/mta1\n 2015-03-12 07:28:15 connecting from mta1.la1.rpost.net (64.70.1.107) to mta5.am0.yahoodns.net (98.138.112.37)\n 2015-03-12 07:28:15 connected from 64.70.1.107:53704\n 2015-03-12 07:28:15 >>> 220 mta1429.mail.ne1.yahoo.com ESMTP ready\n 2015-03-12 07:28:15 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:15 >>> 250-mta1429.mail.ne1.yahoo.com\n 2015-03-12 07:28:15 >>> 250-PIPELINING\n 2015-03-12 07:28:15 >>> 250-SIZE 41943040\n 2015-03-12 07:28:15 >>> 250-8BITMIME\n 2015-03-12 07:28:15 >>> 250 STARTTLS\n 2015-03-12 07:28:15 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-1@rpost.net> BODY=7BIT\n 2015-03-12 07:28:15 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-12 07:28:15 <<< DATA\n 2015-03-12 07:28:15 >>> 250 sender <rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-1@rpost.net> ok\n 2015-03-12 07:28:15 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-12 07:28:15 >>> 354 go ahead\n 2015-03-12 07:28:16 <<< .\n 2015-03-12 07:28:17 >>> 250 ok dirdel\n 2015-03-12 07:28:17 <<< QUIT\n 2015-03-12 07:28:17 >>> 221 mta1429.mail.ne1.yahoo.com\n 2015-03-12 07:28:17 closed mta5.am0.yahoodns.net (98.138.112.37) in=313 out=43584\n 2015-03-12 07:28:17 done yahoo.com/mta1 |
| 2015-03-12 07:28:15 starting bexar.org/mta1\n 2015-03-12 07:28:15 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-12 07:28:15 connected from 64.70.1.107:47845\n 2015-03-12 07:28:15 >>> 220 BN1AFFO11FD015.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Thu, 12 Mar 2015 14:28:12 +0000\n 2015-03-12 07:28:15 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:15 >>> 250-BN1AFFO11FD015.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-12 07:28:15 >>> 250-SIZE 157286400\n 2015-03-12 07:28:15 >>> 250-PIPELINING\n 2015-03-12 07:28:15 >>> 250-DSN\n 2015-03-12 07:28:15 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-12 07:28:15 >>> 250-STARTTLS\n 2015-03-12 07:28:15 >>> 250-8BITMIME\n 2015-03-12 07:28:15 >>> 250-BINARYMIME\n 2015-03-12 07:28:15 >>> 250 CHUNKING\n 2015-03-12 07:28:15 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-2@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-12 07:28:15 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-12 07:28:15 <<< DATA\n 2015-03-12 07:28:15 >>> 250 2.1.0 Sender OK\n 2015-03-12 07:28:15 >>> 250 2.1.5 Recipient OK\n 2015-03-12 07:28:15 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-12 07:28:15 <<< .\n 2015-03-12 07:28:16 >>> 250 2.6.0 <24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-2@rpost.net> [InternalId=28845000378585, Hostname=BN1AFFO11HUB049.protection.gbl] Queued mail for delivery\n 2015-03-12 07:28:16 <<< QUIT\n 2015-03-12 07:28:16 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-12 07:28:16 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=613 out=43616\n 2015-03-12 07:28:16 done bexar.org/mta1 |
| 2015-03-12 07:28:16 starting strasburger.com/mta1\n 2015-03-12 07:28:16 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com (207.46.163.138)\n 2015-03-12 07:28:16 connected from 64.70.1.107:36765\n 2015-03-12 07:28:16 >>> 220 BN1AFFO11FD037.mail.protection.outlook.com Microsoft ESMTP MAIL Service |

ready at Thu, 12 Mar 2015 14:28:12 +0000\n 2015-03-12 07:28:16 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:16 >>> 250-BN1AFFO11FD037.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-12 07:28:16 >>> 250-SIZE 157286400\n 2015-03-12 07:28:16 >>> 250-PIPELINING\n 2015-03-12 07:28:16 >>> 250-DSN\n 2015-03-12 07:28:16 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-12 07:28:16 >>> 250-STARTTLS\n 2015-03-12 07:28:16 >>> 250-8BITMIME\n 2015-03-12 07:28:16 >>> 250-BINARYMIME\n 2015-03-12 07:28:16 >>> 250 CHUNKING\n 2015-03-12 07:28:16 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-12 07:28:16 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-12 07:28:16 <<< DATA\n 2015-03-12 07:28:16 >>> 250 2.1.0 Sender OK\n 2015-03-12 07:28:16 >>> 250 2.1.5 Recipient OK\n 2015-03-12 07:28:16 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-12 07:28:17 <<< .\n 2015-03-12 07:28:18 >>> 250 2.6.0 <24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-3@rpost.net> [InternalId=2748779071711, Hostname=DM2PR02MB1321.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-12 07:28:18 <<< QUIT\n 2015-03-12 07:28:18 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-12 07:28:18 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=621 out=43661\n 2015-03-12 07:28:18 done strasburger.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RPost services, visit **www.rpost.com**.

An RPost Service

RcptVer6.0



## REGISTERED RECEIPT™
### EVIDENCE OF REGISTERED E-MAIL* TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta5.am0.yahoodns.net (98.138.112.37) | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/12/2015 2:29:06 PM (UTC) | 3/12/2015 2:29:06 PM (GMT) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| Subject: | Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors |
| To: | <lduran79@yahoo.com><br><lduran@bexar.org> |
| Cc: | <Judith.Blakeway@strasburger.com> |
| Bcc: | |
| Network ID: | <8EDF2F1CEDE936439A160B0FD988CF41DECB8A0E@DMail.strasburger. |
| Received: | 3/12/2015 2:28:09 PM(UTC) 0 |
| Client Code: | 36984.0101 |

### Message Statistics

| | |
|---|---|
| Message ID: | 24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8 |
| Message Size: | 43619 |
| Additional Notes: | |

### Delivery Audit Trail

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (98.138.112.37)

From:"Microsoft Outlook" :From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (98.138.112.37) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors

From:postmaster@strasburger.com:From:"Microsoft Outlook" :From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (98.138.112.37) Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: Cause No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors

2015-03-12 07:28:15 starting yahoo.com/mta1\n 2015-03-12 07:28:15 connecting from mta1.la1.rpost.net (64.70.1.107) to mta5.am0.yahoodns.net (98.138.112.37)\n 2015-03-12 07:28:15 connected from 64.70.1.107:53704\n 2015-03-12 07:28:15

>>> 220 mta1429.mail.ne1.yahoo.com ESMTP ready\n 2015-03-12 07:28:15 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:15 >>> 250-mta1429.mail.ne1.yahoo.com\n 2015-03-12 07:28:15 >>> 250-PIPELINING\n 2015-03-12 07:28:15 >>> 250-SIZE 41943040\n 2015-03-12 07:28:15 >>> 250-8BITMIME\n 2015-03-12 07:28:15 >>> 250 STARTTLS\n 2015-03-12 07:28:15 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-1@rpost.net> BODY=7BIT\n 2015-03-12 07:28:15 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-12 07:28:15 <<< DATA\n 2015-03-12 07:28:15 >>> 250 sender <rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-1@rpost.net> ok\n 2015-03-12 07:28:15 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-12 07:28:15 >>> 354 go ahead\n 2015-03-12 07:28:16 <<< .\n 2015-03-12 07:28:17 >>> 250 ok dirdel\n 2015-03-12 07:28:17 <<< QUIT\n 2015-03-12 07:28:17 >>> 221 mta1429.mail.ne1.yahoo.com\n 2015-03-12 07:28:17 closed mta5.am0.yahoodns.net (98.138.112.37) in=313 out=43584\n 2015-03-12 07:28:17 done yahoo.com/mta1

2015-03-12 07:28:15 starting bexar.org/mta1\n 2015-03-12 07:28:15 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-12 07:28:15 connected from 64.70.1.107:47845\n 2015-03-12 07:28:15 >>> 220 BN1AFFO11FD015.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Thu, 12 Mar 2015 14:28:12 +0000\n 2015-03-12 07:28:15 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:15 >>> 250-BN1AFFO11FD015.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-12 07:28:15 >>> 250-SIZE 157286400\n 2015-03-12 07:28:15 >>> 250-PIPELINING\n 2015-03-12 07:28:15 >>> 250-DSN\n 2015-03-12 07:28:15 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-12 07:28:15 >>> 250-STARTTLS\n 2015-03-12 07:28:15 >>> 250-8BITMIME\n 2015-03-12 07:28:15 >>> 250-BINARYMIME\n 2015-03-12 07:28:15 >>> 250 CHUNKING\n 2015-03-12 07:28:15 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-2@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-12 07:28:15 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-12 07:28:15 <<< DATA\n 2015-03-12 07:28:15 >>> 250 2.1.0 Sender OK\n 2015-03-12 07:28:15 >>> 250 2.1.5 Recipient OK\n 2015-03-12 07:28:15 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-12 07:28:15 <<< .\n 2015-03-12 07:28:16 >>> 250 2.6.0 <24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-2@rpost.net> [InternalId=28845000378585, Hostname=BN1AFFO11HUB049.protection.gbl] Queued mail for delivery\n 2015-03-12 07:28:16 <<< QUIT\n 2015-03-12 07:28:16 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-12 07:28:16 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=613 out=43616\n 2015-03-12 07:28:16 done bexar.org/mta1

2015-03-12 07:28:16 starting strasburger.com/mta1\n 2015-03-12 07:28:16 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com (207.46.163.138)\n 2015-03-12 07:28:16 connected from 64.70.1.107:36765\n 2015-03-12 07:28:16 >>> 220 BN1AFFO11FD037.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Thu, 12 Mar 2015 14:28:12 +0000\n 2015-03-12 07:28:16 <<< EHLO mta1.la1.rpost.net\n 2015-03-12 07:28:16 >>> 250-BN1AFFO11FD037.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-12 07:28:16 >>> 250-SIZE 157286400\n 2015-03-12 07:28:16 >>> 250-PIPELINING\n 2015-03-12 07:28:16 >>> 250-DSN\n 2015-03-12 07:28:16 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-12 07:28:16 >>> 250-STARTTLS\n 2015-03-12 07:28:16 >>> 250-8BITMIME\n 2015-03-12 07:28:16 >>> 250-BINARYMIME\n 2015-03-12 07:28:16 >>> 250 CHUNKING\n 2015-03-12 07:28:16 <<< MAIL FROM:<rcpt24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-12 07:28:16 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-12 07:28:16 <<< DATA\n 2015-03-12 07:28:16 >>> 250 2.1.0 Sender OK\n 2015-03-12 07:28:16 >>> 250 2.1.5 Recipient OK\n 2015-03-12 07:28:16 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-12 07:28:17 <<< .\n 2015-03-12 07:28:18 >>> 250 2.6.0 <24734C88F4F44ECB2B7AC6D7D9995A416ECE66C8-3@rpost.net> [InternalId=2748779071711, Hostname=DM2PR02MB1321.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-12 07:28:18 <<< QUIT\n 2015-03-12 07:28:18 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-12 07:28:18 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=621 out=43661\n 2015-03-12 07:28:18 done strasburger.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost Legal Notice web page.

For more information about RPost services, visit www.rpost.com.

An RPost Service

RcptVer6.0

# Chance, Randa

| | |
|---|---|
| **From:** | Judith.Blakeway@strasburger.com on behalf of Blakeway, Judith <Judith.Blakeway@strasburger.com> |
| **Sent:** | Monday, March 16, 2015 11:26 AM |
| **To:** | lduran79@yahoo.com; lduran@bexar.org |
| **Cc:** | Blakeway, Judith |
| **Subject:** | No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| **Attachments:** | SPSA-#1783981-v1-Rhino_-_Court_Reporter_Affidavit_(Luis_Duran).DOCX |
| **Importance:** | High |

Mr. Duran,

If it is correct that no record was made of the default in this case, would you please sign the attached affidavit before a notary and return it to me for filing with the Court of Appeals?

If it is not correct, could you please let me know.

Thank you,



**Strasburger**
ATTORNEYS AT LAW

**Judith Reed Blakeway**
**Strasburger & Price, LLP** • 2301 Broadway Street • San Antonio, TX 78215
210.250.6004 • Fax 210.258.2706 • www.strasburger.com

---

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.*

---



**EXHIBIT**

E

NO. 2014–CI–15870

| | | |
|---|---|---|
| VULCAN CONSTRUCTION MATERIALS, LP, | § § | IN THE DISTRICT COURT |
| Plaintiff | § | 288TH JUDICIAL DISTRICT |
| | § | |
| v. | § | |
| | § | |
| RHINO CONTRACTORS, LLC, | § | BEXAR COUNTY, TEXAS |
| Defendant. | § | |

## AFFIDAVIT OF LUIS DURAN

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned notary, on this day personally appeared Luis Duran, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1.      My name is Luis Duran. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.      I am the official court reporter for the 73rd Judicial District Court in Bexar County, Texas. I held that position on December 9, 2014.

3.      There was no evidence offered or admitted and, accordingly, no record made, in connection with the default judgment entered by Judge David Canales in the above–styled case on December 9, 2014.

FURTHER AFFIANT SAYETH NOT.

_____
LUIS DURAN


SUBSCRIBED AND SWORN TO BEFORE ME by Luis Duran on this the _____ day of _____, 2015, to certify which witness my hand and seal of office.


_____
Notary Public, State of Texas
My commission expires:_____

## Chance, Randa

| | |
|---|---|
| **From:** | RPost <acknowledge@rpost.net> |
| **Sent:** | Monday, March 16, 2015 11:26 AM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Ack: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |

## Acknowledgement: Your message has been sent

RPost will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| **To:** | "lduran79@yahoo.com" <lduran79@yahoo.com>, "lduran@bexar.org" <lduran@bexar.org> |
| **Cc:** | "Judith.Blakeway@strasburger.com" <Judith.Blakeway@strasburger.com> |
| **Was received by the registration service at:** | 3/16/2015 4:25:48 PM (UTC)* 3/16/2015 4:25:48 PM (Local) |
| **Message ID:** | 96212CB5F6EFA1F3B3C9C301BA4808224DF01390 |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB9B48@DMail.strasburger. |
| **Client Code:** | 36984,0101 |

\* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

| **Service Language Preference:** | | | Note: The service does not translate your message or attachments. | | | | |
|---|---|---|---|---|---|---|---|
| English | Française | Deutsch | Español | Portugués | Nederlands | Русский | Indonesian |

For more information about RPost services, visit **www.rpost.com**.                    An RPost Service

1

# Chance, Randa

| | |
|---|---|
| **From:** | Receipt <receipt@rpost.net> |
| **Sent:** | Monday, March 16, 2015 1:29 PM |
| **To:** | Blakeway, Judith |
| **Cc:** | Rpost receipt |
| **Subject:** | Receipt: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors  LLC |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |



## REGISTERED RECEIPT™
### EVIDENCE OF REGISTERED E-MAIL® TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/16/2015 4:29:29 PM (UTC) | 3/16/2015 4:29:29 PM (GMT) | |
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta7.am0.yahoodns.net (98.138.112.35) | 3/16/2015 4:26:17 PM (UTC) | 3/16/2015 4:26:17 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/16/2015 4:29:29 PM (UTC) | 3/16/2015 4:29:29 PM (GMT) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| **From:** | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| **Subject:** | No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| **To:** | <lduran@bexar.org><br><lduran79@yahoo.com> |
| **Cc:** | <Judith.Blakeway@strasburger.com> |
| **Bcc:** | |
| **Network ID:** | <8EDF2F1CEDE936439A160B0FD988CF41DECB9B48@DMail.strasburger. |
| **Received:** | 3/16/2015 4:25:49 PM(UTC) 0 |
| **Client Code:** | 36984 0101 |

### Message Statistics

| | |
|---|---|
| **Message ID:** | 96212CB5F6EFA1F3B3C9C301BA4808224DF01390 |
| **Message Size:** | 95579 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| SPSA-#1783981-v1-Rhino_-_Court_Reporter_Affidavit_(Luis_Duran).DOCX | 35228 |

### Delivery Audit Trail

1

| From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| --- |
| From:postmaster@mta1.la1.rpost.net:From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta7.am0.yahoodns.net (98.138.112.35) |
| From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta7.am0.yahoodns.net (98.138.112.35) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| 2015-03-16 09:25:53 starting bexar.org/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-16 09:25:53 connected from 64.70.1.107:35220\n 2015-03-16 09:25:53 >>> 220 BN1AFFO11FD051.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 16 Mar 2015 16:25:49 +0000\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-BN1AFFO11FD051.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-16 09:25:53 >>> 250-SIZE 157286400\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-DSN\n 2015-03-16 09:25:53 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-16 09:25:53 >>> 250-STARTTLS\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250-BINARYMIME\n 2015-03-16 09:25:53 >>> 250 CHUNKING\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-1@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-16 09:25:53 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 2.1.0 Sender OK\n 2015-03-16 09:25:53 >>> 250 2.1.5 Recipient OK\n 2015-03-16 09:25:53 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-16 09:25:53 <<< .\n 2015-03-16 09:25:54 >>> 250 2.6.0 <96212CB5F6EFA1F3B3C9C301BA4808224DF01390-1@rpost.net> [InternalId=59558311515327, Hostname=BN1AFFO11HUB054.protection.gbl] Queued mail for delivery\n 2015-03-16 09:25:54 <<< QUIT\n 2015-03-16 09:25:54 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-16 09:25:54 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=613 out=93032\n 2015-03-16 09:25:54 done bexar.org/mta1 |
| 2015-03-16 09:25:53 starting yahoo.com/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to mta7.am0.yahoodns.net (98.138.112.35)\n 2015-03-16 09:25:53 connected from 64.70.1.107:56224\n 2015-03-16 09:25:53 >>> 220 mta1337.mail.ne1.yahoo.com ESMTP ready\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-mta1337.mail.ne1.yahoo.com\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-SIZE 41943040\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250 STARTTLS\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-2@rpost.net> BODY=7BIT\n 2015-03-16 09:25:53 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 sender <rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-2@rpost.net> ok\n 2015-03-16 09:25:53 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-16 09:25:53 >>> 354 go ahead\n 2015-03-16 09:25:54 <<< .\n 2015-03-16 09:25:55 >>> 250 ok dirdel\n 2015-03-16 09:25:55 <<< QUIT\n 2015-03-16 09:25:55 >>> 221 mta1337.mail.ne1.yahoo.com\n 2015-03-16 09:25:55 closed mta7.am0.yahoodns.net (98.138.112.35) in=313 out=93000\n 2015-03-16 09:25:55 done yahoo.com/mta1 |
| 2015-03-16 09:25:53 starting strasburger.com/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com |

(207.46.163.138)\n 2015-03-16 09:25:53 connected from 64.70.1.107:55656\n 2015-03-16 09:25:53 >>> 220 BN1AFFO11FD008.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 16 Mar 2015 16:25:49 +0000\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-BN1AFFO11FD008.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-16 09:25:53 >>> 250-SIZE 157286400\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-DSN\n 2015-03-16 09:25:53 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-16 09:25:53 >>> 250-STARTTLS\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250-BINARYMIME\n 2015-03-16 09:25:53 >>> 250 CHUNKING\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-16 09:25:53 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 2.1.0 Sender OK\n 2015-03-16 09:25:53 >>> 250 2.1.5 Recipient OK\n 2015-03-16 09:25:53 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-16 09:25:54 <<< .\n 2015-03-16 09:25:55 >>> 250 2.6.0 <96212CB5F6EFA1F3B3C9C301BA4808224DF01390-3@rpost.net> [InternalId=4294967299609, Hostname=CY1PR02MB1181.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-16 09:25:55 <<< QUIT\n 2015-03-16 09:25:55 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-16 09:25:55 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=621 out=93077\n 2015-03-16 09:25:55 done strasburger.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

---

For more information about RPost services, visit **www.rpost.com**.

An RPost Service

RcptVer6.0



**REGISTERED RECEIPT™**
EVIDENCE OF REGISTERED E-MAIL® TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| lduran@bexar.org | Delivered to MailBox | Delivered to mailbox | 3/16/2015 4:29:29 PM (UTC) | 3/16/2015 4:29:29 PM (GMT) | |
| lduran79@yahoo.com | Delivered to MailBox | Relayed to mailbox mta7.am0.yahoodns.net (98.138.112.35) | 3/16/2015 4:26:17 PM (UTC) | 3/16/2015 4:26:17 PM (GMT) | |
| Judith.Blakeway@strasburger.com | Delivered to MailBox | Delivered to mailbox | 3/16/2015 4:29:29 PM (UTC) | 3/16/2015 4:29:29 PM (GMT) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Blakeway Judith<Judith.Blakeway@strasburger.com> |
| Subject: | No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC |
| To: | <lduran@bexar.org><br><lduran79@yahoo.com> |
| Cc: | <Judith.Blakeway@strasburger.com> |
| Bcc: | |
| Network ID: | <8EDF2F1CEDE936439A160B0FD988CF41DECB9B48@DMail.strasburger. |
| Received: | 3/16/2015 4:25:49 PM(UTC) 0 |
| Client Code: | 36984 0101 |

### Message Statistics

| | |
|---|---|
| Message ID: | 96212CB5F6EFA1F3B3C9C301BA4808224DF01390 |
| Message Size: | 95579 |
| Additional Notes: | |
| File Name: | File Size (bytes) |
| SPSA-#1783981-v1-Rhino_-_Court_Reporter_Affidavit_ (Luis_Duran).DOCX | 35228 |

### Delivery Audit Trail

From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC

From:postmaster@mta1.la1.rpost.net:From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta7.am0.yahoodns.net (98.138.112.35)

From:postmaster@strasburger.com:From:postmaster@mta1.la1.rpost.net:From:"Microsoft Outlook" :Your message has been delivered to the following recipients: lduran@bexar.org (lduran@bexar.org) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta7.am0.yahoodns.net (98.138.112.35) Your message has been delivered to the following recipients: Judith.Blakeway@strasburger.com (Judith.Blakeway@strasburger.com) Subject: No. 2014-CI-15870; Vulcan Construction Materials v. Rhino Contractors, LLC

2015-03-16 09:25:53 starting bexar.org/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to bexar-org.mail.protection.outlook.com (207.46.163.138)\n 2015-03-16 09:25:53 connected from 64.70.1.107:35220\n 2015-03-16 09:25:53 >>> 220 BN1AFFO11FD051.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 16 Mar 2015 16:25:49 +0000\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-BN1AFFO11FD051.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-16 09:25:53 >>> 250-SIZE 157286400\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-DSN\n 2015-03-16 09:25:53 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-16 09:25:53 >>> 250-STARTTLS\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250-BINARYMIME\n 2015-03-16 09:25:53 >>> 250 CHUNKING\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-1@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-16 09:25:53 <<< RCPT TO:<lduran@bexar.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 2.1.0 Sender OK\n 2015-03-16 09:25:53 >>> 250 2.1.5 Recipient OK\n 2015-03-16 09:25:53 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-16 09:25:53 <<< .\n 2015-03-16 09:25:54 >>> 250 2.6.0 <96212CB5F6EFA1F3B3C9C301BA4808224DF01390-1@rpost.net> [InternalId=59558311515327, Hostname=BN1AFFO11HUB054.protection.gbl] Queued mail for delivery\n 2015-03-16 09:25:54 <<< QUIT\n 2015-03-16 09:25:54 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-16 09:25:54 closed bexar-org.mail.protection.outlook.com (207.46.163.138) in=613 out=93032\n 2015-03-16 09:25:54 done bexar.org/mta1

2015-03-16 09:25:53 starting yahoo.com/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to mta7.am0.yahoodns.net (98.138.112.35)\n 2015-03-16 09:25:53 connected from 64.70.1.107:56224\n 2015-03-16 09:25:53 >>> 220 mta1337.mail.ne1.yahoo.com ESMTP ready\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-mta1337.mail.ne1.yahoo.com\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-SIZE 41943040\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250 STARTTLS\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-2@rpost.net> BODY=7BIT\n 2015-03-16 09:25:53 <<< RCPT TO:<lduran79@yahoo.com>\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 sender <rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-2@rpost.net> ok\n 2015-03-16 09:25:53 >>> 250 recipient <lduran79@yahoo.com> ok\n 2015-03-16 09:25:53 >>> 354 go ahead\n 2015-03-16 09:25:54 <<< .\n 2015-03-16 09:25:55 >>> 250 ok dirdel\n 2015-03-16 09:25:55 <<< QUIT\n 2015-03-16 09:25:55 >>> 221 mta1337.mail.ne1.yahoo.com\n 2015-03-16 09:25:55 closed mta7.am0.yahoodns.net (98.138.112.35) in=313 out=93000\n 2015-03-16 09:25:55 done yahoo.com/mta1

2015-03-16 09:25:53 starting strasburger.com/mta1\n 2015-03-16 09:25:53 connecting from mta1.la1.rpost.net (64.70.1.107) to strasburger-com.mail.protection.outlook.com (207.46.163.138)\n 2015-03-16 09:25:53 connected from 64.70.1.107:55656\n 2015-03-16 09:25:53 >>> 220 BN1AFFO11FD008.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 16 Mar 2015 16:25:49 +0000\n 2015-03-16 09:25:53 <<< EHLO mta1.la1.rpost.net\n 2015-03-16 09:25:53 >>> 250-BN1AFFO11FD008.mail.protection.outlook.com Hello [64.70.1.107]\n 2015-03-16 09:25:53 >>> 250-SIZE 157286400\n 2015-03-16 09:25:53 >>> 250-PIPELINING\n 2015-03-16 09:25:53 >>> 250-DSN\n 2015-03-16 09:25:53 >>> 250-ENHANCEDSTATUSCODES\n 2015-03-16 09:25:53 >>> 250-STARTTLS\n 2015-03-16 09:25:53 >>> 250-8BITMIME\n 2015-03-16 09:25:53 >>> 250-BINARYMIME\n 2015-03-16 09:25:53 >>> 250 CHUNKING\n 2015-03-16 09:25:53 <<< MAIL FROM:<rcpt96212CB5F6EFA1F3B3C9C301BA4808224DF01390-3@rpost.net> BODY=7BIT RET=HDRS\n 2015-03-16 09:25:53 <<< RCPT TO:<Judith.Blakeway@strasburger.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2015-03-16 09:25:53 <<< DATA\n 2015-03-16 09:25:53 >>> 250 2.1.0 Sender OK\n 2015-03-16 09:25:53 >>> 250 2.1.5 Recipient OK\n 2015-03-16 09:25:53 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2015-03-16 09:25:54 <<< .\n 2015-03-16 09:25:55 >>> 250 2.6.0 <96212CB5F6EFA1F3B3C9C301BA4808224DF01390-3@rpost.net> [InternalId=4294967299609, Hostname=CY1PR02MB1181.namprd02.prod.outlook.com] Queued mail for delivery\n 2015-03-16 09:25:55 <<< QUIT\n 2015-03-16 09:25:55 >>> 221 2.0.0 Service closing transmission channel\n 2015-03-16 09:25:55 closed strasburger-com.mail.protection.outlook.com (207.46.163.138) in=621 out=93077\n 2015-03-16 09:25:55 done strasburger.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost Legal Notice web page.

For more information about RPost services, visit www.rpost.com.                                              An RPost Service

RcptVer6.0